From: The District Court of the Fourth Judicial District. County of Ravalli.

STATE OF MONTANA, Plaintiff, vs. CARL VERNON ASK, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of ten years, imposed on December 13th, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears proper and sufficiently lenient in that defendant was convicted of first degree burglary punishable by not less than 1 nor more than 15 years imprisonment., yet was originally given but a 10 year suspended sentence despite a prior felony conviction, which suspended sentence was not revoked until after two violations and then credited with 1 year, 14 days, making defendant eligible for parole consideration in August, 1970, after being received December 16, 1968. We thank Charles E. Petaja, Esq., of the University Defenders for his assistance to the Defendant in this case.

DATED this 7th day of April, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.